**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|     JUDITH GOTWALD, | : | |
| | : | |
| Debtor. | : | Bky. No. 10-14759 ELF |
| | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| SYNOD OF THE EVANGELICAL | : | |
| LUTHERAN CHURCH IN AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 11-242 ELF |
| JUDITH GOTWALD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, after trial in the above adversary proceeding and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** and **DETERMINED** that:

1. Any debt owed by the Debtor arising from her participation in mortgage loan transaction of January 28, 2009 between the Evangelical Lutheran Church of the Redeemer of East Falls, Philadelphia and Epic Mortgage Loan and Funding is **DISCHARGEABLE**.

2. The debt owed by the Debtor arising from her failure to comply with the Order dated September 25, 2009, entered in the Court of Common Pleas, in <u>Southeastern Pa. Synod of the</u>

Evangelical Lutheran Church v. Meena, et al., No. 1343, June Term 2009 (C.P. Phila.) is

**NONDISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(6).

Date: **March 26, 2013**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**